JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH A. ROBERTS, | Case No.: CV 16-06892-DMG (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| RON RACKLEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed as follows:

    (a) the Petition's challenge to the 2006 parole decision:

        (i)    is dismissed without prejudice as a second or successive petition; and

        (ii)   is dismissed with prejudice as time-barred to the extent of the Court's jurisdiction; and

*//*

(b) the Petitioner's challenge to his 1986 conviction is dismissed with prejudice.

DATED: September 25, 2017

_____
DOLLY M. GEE
United States District Judge